UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JAMES S. LEGORE**,                                    Civil Case No. 3:13-CV-01249-KI

        Plaintiff,

                              JUDGMENT

              v.

**CAROLYN W. COLVIN**,
Acting Commissioner of Social Security,

        Defendant.


    George J. Wall
    1336 E. Burnside Street, Suite 130
    Portland, Oregon  97214

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Courtney Garcia
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

       Attorneys for Defendant

KING, Judge:

       Based on the record,

       The decision of the Commissioner is hereby REVERSED.  This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

       Dated this   7th   day of July, 2014.

                                          /s/ Garr M. King
                                          Garr M. King
                                          United States District Judge